

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___01/09/2020**

THE CITY OF NEW YORK

**JAMES E. JOHNSON**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Copatrick Thomas**
Phone: (212) 356-0885
Fax: (212) 356-2089
cthomas@law.nyc.gov
(not for service)

January 8, 2020

<u>VIA ECF</u>

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

*Katharine H Parker*

**Hon. Katharine H. Parker, U.S.M.J.**
**01/09/2020**

Re:   <u>McKinney v. New York City Dept. of Corr., et al.</u>
Docket No. 19-CV-5320 (AJN) (KHP)

Dear Judge Parker:

   I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for the City of New York in the above-referenced action. <u>I write to respectfully request a brief adjournment of the initial case management conference in this matter, from January 9, 2020 at 10:15 AM to January 9, 2020 at 11:00 AM.</u>

   As the Court is aware, by Order dated October 29, 2019 (ECF No. 28), Your Honor scheduled an initial case management conference in this matter, currently set to take place on January 9, 2020 at 10:15 AM. Due to an inadvertent oversight, I was not aware that I am also scheduled to appear before Hon. Vera M. Scanlon of the U.S. District Court for the Eastern District of New York at that time. As I expect that my appearance before Judge Scanlon will be brief, and because I am required to appear telephonically rather than in-person, I anticipate that I will be available at 11:00 AM, and I respectfully request that the Court adjourn the initial case management conference in this matter from 10:15 AM to 11:00 AM.

   This is the City's first request for an adjournment of the initial case management conference. So as to avoid any delay, I have not sought Plaintiff's consent.

- 2 -

I apologize for any inconvenience to the Court, and thank you for your consideration of this matter.

Respectfully submitted,

/s/

Copatrick Thomas
Assistant Corporation Counsel

cc:     Michael McKinney
        Samaritan Village
        751 Briggs Highway
        Ellenville, New York 12428