USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/09/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MCKINNEY,

    Plaintiff,

-against-

NYC DEPARTMENT OF CORECTIONS;
N.Y.C.BOARD OF CORRECTIONS;
MANHATTAN DETENTION COMPLEX,

    Defendants.

1-19-cv-5320 (AJN) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

On January 9, 2020, the parties appeared for a Case Management Conference. The following order is entered:

**Discovery.** Discovery is stayed until the resolution of the City's anticipated motion to dismiss Plaintiff's Second Amended Complaint.

**Motion to Dismiss.** The City's motion to dismiss, if any, is due by **January 20, 2020**. Plaintiff's opposition, if any, is due by **February 17, 2020**. The City's reply, if any, is due by **February 24, 2020**.

*Pro Se* **Legal Clinic.** The Court notes that there is a private organization called the New York Legal Assistance Group is available to assist *pro se* litigants; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. Plaintiff is encouraged to consult with the clinic as to how to respond to the motion to dismiss. Plaintiff may make an appointment with the Clinic by calling (212) 659-6190 or by appearing in person.

The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff.

Dated: January 9, 2020
      New York, New York

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge

**The Clerk of Court is requested to mail a copy of this order to:**
Michael McKinney
Samaritan Village
751 Briggs Highway
Ellenville, NY 12428