

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MCKINNEY,

      Plaintiff,

-against-

NYC DEPARTMENT OF CORECTIONS;
N.Y.C.BOARD OF CORRECTIONS;
MANHATTAN DETENTION COMPLEX,

      Defendants.

1-19-cv-5320 (AJN) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

On April 20, 2020, Defendant City of New York filed a motion to dismiss for failure to prosecute. Plaintiff is directed to file an opposition or otherwise respond by no later than **June 23, 2020**. If Plaintiff fails to do, the Court will treat the motion to dismiss as unopposed. Plaintiff is warned that failure to comply with this Court's order may result in dismissal for failure to prosecute.

Defendant shall attempt to serve this order on Plaintiff and file an affidavit of service by no later than **April 30, 2020**.

**Chambers has mailed a copy of this order to *pro se* Plaintiff.**

Dated: April 23, 2020
      New York, New York

**SO ORDERED**.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**