UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Michael McKinney,

                Petitioner,

    -against-                                    19 **CIVIL** 5320 (AJN)

## JUDGMENT

The City of New York, *et al.*,

                Respondents.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2020, Before the Court is Judge Parker's Report & Recommendation recommending that the Court grant Defendants' Motion to Dismiss; As of this date, no objections to the Report & Recommendation have been filed, and the deadline for objections has passed. *See* Dkt. No. 25 at 17. The Court thus reviews the Report & Recommendation for clear error. It finds none. The Court therefore adopts the Report & Recommendation in its entirety and GRANTS Defendant's motion to dismiss for the reasons provided in Judge Parker's Report and Recommendation; accordingly, this case is closed.

**Dated:** New York, New York
          September 28, 2020

                                                                   **RUBY J. KRAJICK**
                                                                _____
                                                                **Clerk of Court**
                                                  **BY:**
                                                                _____
                                                                    **Deputy Clerk**